PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

RECEIVED
NOV 16 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Marvin Ray Hanson Jr.**

**Docket No. 0:00CR00168-001(MJD)**

**Petition on Supervised Release**

COMES NOW **Dennis E. Bresnahan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Marvin Ray Hanson Jr.** who was sentenced for Aiding and Abetting the Manufacture of Marijuana on March 22, 2001, by the Honorable Michael J. Davis, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug treatment
- Substance abuse testing
- Alcohol treatment

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall refrain from any unlawful use of a controlled substance.

On November 5, 2006, a laboratory result indicated that a sweat patch submitted by Mr. Hanson on October 19, 2006, produced a positive result for the presence of Amphetamine. Mr. Hanson admitted using said substance.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant perform 24 hours of community service within three months, as directed by the probation officer.

ORDER OF THE COURT

Considered and ordered this 14 day of November, 2006, and ordered filed and made a part of the records in the above case.

Honorable Michael J. Davis
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Dennis E. Bresnahan
U.S. Probation Officer

Executed on November 14, 2006
Place St. Paul

SCANNED
NOV 17 2006
U.S. DISTRICT COURT MPLS

c: United States Sentencing Commission