Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Marvin Ray Hanson, Jr

Docket No. 0:00CR00168-001

## HEARING WAIVER

I, Marvin Ray Hanson, Jr, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall perform 24 hours of community service, within three months, as directed by the probation officer.

Signed: Witness:

Marvin Ray Hanson, Jr
Supervised Releasee

Dated: November 14, 2006

SCANNED
NOV 17 2006
U.S. DISTRICT COURT MPLS