UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 00-168

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MARVIN RAY HANSON JR., Defendant. | ) | REASSIGNMENT OF CRIMINAL CASE |

The following criminal case has been reassigned as follows:

Criminal No.

00-168

Defendant Name

Marvin Ray Hanson Jr.

Remove AUSA

Jeffrey S. Paulsen

Add AUSA

Frank J. Magill, Jr.

Dated: June 12, 2007

RACHEL K. PAULOSE
United States Attorney

*s/Jeffrey S. Paulsen*

BY: Jeffrey S. Paulsen
Assistant U.S. Attorney
Attorney ID No. 164756