PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
JUN 12 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Marvin Ray Hanson, Jr**

**Docket No. 0:00CR00168-001(MJD)**

**Petition on Supervised Release**

COMES NOW **Dennis E. Bresnahan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Marvin Ray Hanson, Jr** who was sentenced for Aiding and Abetting the Manufacture of Marijuana on March 22, 2001, by the Honorable Michael J. Davis, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug treatment
- Substance abuse testing
- Alcohol treatment

November 15, 2006: 24 hours of community service

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not illegally possess a controlled substance.

On April 5, 2007, the defendant provided a sweat patch for testing and the results indicated a presence for THC. On April 27, 2007, the defendant provided a sweat patch for testing and the results indicated a presence for Amphetamine.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

SCANNED
JUN 1 2007
U.S. DISTRICT COURT MPLS

Summons Issued 6/13/07

ORDER OF THE COURT

Considered and ordered this 12 day of June, 2007, and ordered filed and made a part of the records in the above case.

Honorable Michael J. Davis
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Dennis E. Bresnahan
U.S. Probation Officer
Telephone: 651-848-1241

Executed on June 7, 2007
Place St. Paul

Approved:

Diane M. Levendusky
Supervising U.S. Probation Officer