**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**FIRST APPEARANCE**

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL | |
| | ) | BEFORE: JANIE S. MAYERON | |
| Plaintiff, | ) | U.S. Magistrate Judge | |
| | ) | | |
| v. | ) | Case No: | CR 00-168(1) MJD |
| | ) | Date: | 06/20/07 |
| Marvin Ray Hanson, Jr., | ) | Court Reporter: | None |
| | ) | Tape Number: | 100/2639-4045 |
| Defendant. | ) | Time Commenced: | 1:30 p.m. |
| | ) | Time Concluded: | 1:35 p.m. |
| | ) | Time in Court: | 5 Minutes |

APPEARANCES:

Plaintiff: Frank Magill, Assistant U.S. Attorney
Defendant: Kate Menendez

√ To be appointed

Interpreter / Language: None / English

Date Charges Filed: 06/12/07 Offense: Violation of Supervised Release

√ Waived Reading of Charges √ Advised of Rights

on Violation of: √ Supervised Release

Additional Information:
Defendant released on same conditions as previously imposed. Chambers will contact counsel with a final revocation hearing date.

s/AR
Criminal Duty Clerk