AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

## SUMMONS IN A CRIMINAL CASE

v.

Case Number: CR 00-168(1) (MJD)

Marvin Ray Hanson, Jr.

RECEIVED
07 JUN 15 PM 3: 15
CLERK, U.S. DIST COURT
MINNEAPOLIS,

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place: **Courtroom 8E**
**300 South fourth Street**
**Minneapolis, MN 55415**

Before: **Honorable Magistrate Judge Janie S. Mayeron**

On: **6/20/07 at 1:30 p.m.**

To answer a(n) Violation of Supervised Release.

Kim Krulas, Deputy Clerk

Dated: June 13, 2007

2007 JUN 13 P 4: 38
RECEIVED
US MARSHALS SERVICE
MPLS MN

SCANNED
JUN 21 2007
U.S. DISTRICT COURT MPLS

AO 83 (Rev. 12/85) Summons In A Criminal Case

## RETURN OF SERVICE

Service was made by me: [1] Nancy Schmidt Date: 6/15/07

Check one of the boxes below to indicate appropriate method of service

☒ Service personally upon the defendant at: USMS office - Mpls MN

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: ______________________

☐ Returned unexecuted: ______________________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 6/15/07
Date

Ben Kates (Acting)
Name of United States Marshal

N Schmidt
(by) ~~Deputy United States Marshal~~

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure