UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 00-168(01)(MJD)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | ADDITION OF ASSISTANT UNITED STATES ATTORNEY TO CRIMINAL CASE |
| v. | ) | |
| MARVIN RAY HANSON, JR., Defendant. | ) | |

The following criminal case has an addition as follows:

Criminal No.

00-168(MJD)

Defendant Name

Marvin Ray Hanson, Jr.

Add AUSA

Michael L. Cheever

Dated: October 9, 2007

RACHEL K. PAULOSE
United States Attorney

s/Michael L. Cheever

BY: Michael L. Cheever
Assistant U.S. Attorney
Attorney ID No. 192582