# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CRIMINAL MOTION HEARING

UNITED STATES OF AMERICA,

Plaintiff,

v.

Marvin Ray Hanson, Jr. (1),

Defendants.

**COURT MINUTES**

BEFORE: Michael J. Davis
U.S. District Judge

| | |
|---|---|
| Case No: | 00cr168(1) MJD/JGL |
| Date: | October 31, 2007 |
| Court Reporter: | Lori Simpson |
| Time Commenced: | 01:00 p.m. - 03:05 p.m.<br>03:15 p.m. - 04:00 p.m. |
| Time Concluded: | 04:00 p.m. |
| Time in Court: | 2 Hours & 45 Minutes |

APPEARANCES:

Plaintiff: Michael Cheever, Assistant U.S. Attorney
Defendant: Andrea George and Reynaldo Aligada, Jr. for Marvin Ray Hanson, Jr. ☒ FPD

☒ Joint Evidentiary Hearing re: sweat patches with Luis Marinae Corona 97cr31(3) MJD/AJB

☒ Plaintiff's witnesses: Elizabeth Callahan, Federal Probation Officer
Dennis Bresnahan, Federal Probation Officer
David Larson, Recovery Resource Center

☒ Government rests

☒ Defendant's witnesses: Dr. Smith, University of Manhattan
Lisa Canning - invokes 5th amendment right
Tim Trebil, Investigator with Federal Defender's Office
Marvin Hanson

☒ Case continued to November 1, 2007 at 9:00 a.m. for further testimony

☒ Exhibits retained by the Court

s/Susan Schempf
Signature of Judicial Assistant