# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# CR 00-168 (MJD/JGL)

UNITED STATES OF AMERICA,

v. **NOTICE**

MARVIN RAY HANSON, JR..

---

The Final Revocation Hearing has been continued to December 19, 2007 at 11:00 a.m. before Judge Michael J. Davis in Courtroom 14E.

Defendant's briefs shall be due December 3, 2007 by noon and Government's reply briefs are due December 10, 2007 by noon. Please feel free to call me at 612-664-5073 with any questions you may have regarding this hearing.

Dated: November 2, 2007

s/Kristine Wegner
KRISTINE M. WEGNER
Calendar Clerk to the
Honorable Judge Michael J.
Davis