UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 00-168 MJD |
| | ) | |
| v. | ) | DEFENDANT'S MOTION FOR |
| | ) | EXTENSION OF BRIEF FILING |
| MARVIN RAY HANSON, | ) | DEADLINE |
| | ) | |
| Defendant. | ) | |

The defendant, through his attorney, respectfully moves the Court for an order extending the brief filing deadline in this case by three days. The current filing date is December 3, 2007, and an extension is requested to December 6, 2007. The reason for this motion is that defense counsel was notified last night of an out-of state funeral that he will attend. Because he will be traveling to and attending the funeral November 30-December 2, he respectfully requests a short extension of the briefing schedule.

Dated: November 29, 2007

Respectfully submitted,

*s/Reynaldo A. Aligada, Jr.*

REYNALDO A. ALIGADA, Jr.
Attorney ID No. 319776
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415