UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

Criminal No. 00-168 MJD

v.

**ORDER**

Marvin Ray Hanson,

Defendant.

---

Michael Cheever, Assistant United States Attorney, 300 South Fourth Street, Room 600, Minneapolis, MN 55415, counsel for Plaintiff.

Reynaldo A. Aligada, Jr., Assistant Federal Defender, 300 South Fourth Street, Room 107, Minneapolis, MN 55415, counsel for Defendant.

---

Upon application of the defendant, the Court finds that it is in the interest of justice that the defendant's motion for extension of brief filing deadline is GRANTED.

**IT IS HEREBY ORDERED** that the defendant's brief shall be filed on December 6, 2007 by noon. Plaintiff's brief shall be filed by December 13, 2007 by noon.

Dated: November 29, 2007

s/Michael J. Davis
Honorable Michael J. Davis
United States District Court Judge