# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CRIMINAL MOTION HEARING

UNITED STATES OF AMERICA,

Plaintiff,

v.

Marvin Ray Hanson, Jr. (1),

Defendants.

**COURT MINUTES**
BEFORE: Michael J. Davis
U.S. District Judge

| | |
|---|---|
| Case No: | 00cr168(1) MJD/JGL |
| Date: | November 1, 2007 |
| Court Reporter: | Lori Simpson |
| Time Commenced: | 09:35 a.m. - 10:20 a.m. |
| Time Concluded: | 10:35 a.m.- 10:45 a.m. |
| Time in Court: | 55 Minutes |

APPEARANCES:

Plaintiff: John Marti, Assistant U.S. Attorney
Defendant: Andrea George Marvin Ray Hanson, Jr. : FPD

: Joint Evidentiary Hearing re: sweat patches with Luis Marinae Corona 97cr31(3) MJD/AJB

: Defendant's witnesses: Marvin Hanson
Luis Marinae Corona

: Defendant rests

: Matter taken under advisement
: Defendant's briefs due 12/03/07
: Government's briefs due 12/10/07
: Matter continued for reappearance by parties to December 19, 2007 at 11:00 a.m.
: Defendant to continue with previous conditions of supervised release and ordered to continue with both sweat patch testing and UAs.

: Exhibits retained by the Court

s/Susan Schempf
Signature of Judicial Assistant