UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | Criminal No. 00-168 MJD |
| v. | ) | |
| MARVIN RAY HANSON, Defendant. | ) | DEFENDANT'S MOTION TO DENY PETITION TO REVOKE SUPERVISED RELEASE |

The defendant moves this Court to deny the petition to revoke supervised release.

Dated: December 6, 2007

Respectfully submitted,

*s/Reynaldo A. Aligada, Jr.*

REYNALDO A. ALIGADA, Jr.
Attorney ID No. 319776
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415