# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

MARVIN RAY HANSON
Defendant.

**CERTIFICATE OF SERVICE**

Criminal No: 00-168 MJD

I hereby certify that on December 6, 2007, I caused the following document(s):

1. Defendant's Motion to Deny Petition to Revoke Supervised Release;

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Michael Cheever
Assistant U.S. Attorney

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

N/A

Dated: December 6, 2007

*s/Reynaldo A. Aligada, Jr.*
REYNALDO A. ALIGADA, Jr.
Attorney ID No. 319776
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415