UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LUIS CORONA,<br>Defendant. | ) | Criminal No. 97-31(03)(MJD) |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARVIN RAY HANSON,<br>Defendant. | ) | Criminal No. 00-168 (MJD) |

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME FOR FILING MEMORANDUM**

The United States of America, by and through its attorneys, Rachel K. Paulose, United States Attorney for the District of Minnesota, and Michael L. Cheever, Assistant United States Attorney, respectively moves the Court for an Order extending the deadline for filing its memorandum.

The current deadline for the government is Thursday, December 13, 2007, by noon. The government requests an extension to Monday, December 17, 2007, at noon. Counsel for the government has not yet drafted a meaningful response to the defendant's memorandum due to a variety of factors including deadlines and hearings in other matters and responsibilities within the office for coordinating responses to the Sentencing Commission's decision to make the crack

guideline amendments retroactive. He therefore respectfully requests a short extension to the briefing schedule.

December 13, 2007

Respectfully Submitted,

RACHEL K. PAULOSE
United States Attorney

s/Michael L. Cheever

BY: MICHAEL L. CHEEVER
Assistant U.S. Attorney
Attorney ID No. 192582