# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| v. | ) | Criminal No. 97-31(03)(MJD) |
| | ) | |
| LUIS CORONA, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 00-168 (MJD) |
| | ) | |
| MARVIN RAY HANSON, | ) | |
| | ) | |
| Defendant. | ) | |

I hereby certify that on December 13, 2007 , I served, or caused to be served, the following documents:

**GOVERNMENT'S MOTIN FOR EXTENSION OF TIME FOR FILING MEMORANDUM**

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

Reggie Aligada, Esq.

RACHEL K. PAULOSE
United States Attorney

s/ Michael Cheever/dls

BY: MICHAEL L. CHEEVER
Assistant U.S. Attorney