UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LUIS CORONA,<br>Defendant. | ) | Criminal No. 97-31(03)(MJD) |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARVIN RAY HANSON,<br>Defendant. | ) | Criminal No. 00-168 (MJD) |

**ORDER**

Upon application of the government, the Court finds that it is in the interest of justice that the government's motion for extension of time to file its memorandum is GRANTED.

IT IS HEREBY ORDERED that the government's memorandum shall be filed by December 17, 2007 at noon.

Dated: December 13, 2007

s/Michael J. Davis
Honorable Michael J. Davis
United States District Court Judge