# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. LUIS CORONA, Defendant. | ) | CERTIFICATE OF SERVICE<br>Criminal No. 97-31(03) (MJD) |
| UNITED STATES OF AMERICA, Plaintiff, v. MARVIN RAY HANSON, Defendant. | ) | Criminal No. 00-168 (MJD) |
| UNITED STATES OF AMERICA, Plaintiff, v. COURTNEY MITHAUGEN, Defendant. | ) | Criminal No. 04-125(3) (RHK) |

I hereby certify that on December 17, 2007 , I served, or caused to be served, the following documents:

*GOVERNMENT'S MEMORANDUM REGARDING SUPERVISED RELEASE REVOCATION*

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

Reggie Aligada, Esq.

RACHEL K. PAULOSE
United States Attorney

s/Michael L. Cheever/dls
BY: MICHAEL L. CHEEVER
Assistant U.S. Attorney