**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Marvin Ray Hanson (1),
Defendant.

**COURT MINUTES - CRIMINAL**
BEFORE: Michael J. Davis
U.S. District Judge

| | |
|---|---|
| Case No: | 00-168 (1) MJD/JGL |
| Date: | December 19, 2007 |
| Time Commenced: | 11:05 a.m. |
| Time Concluded: | 11:30 a.m. |
| Time in Court: | 25 Minutes |

## APPEARANCES:

Plaintiff: Michael Cheever, Assistant U.S. Attorney
Defendant: Andrea George, Reynaldo Aligada ☒ FPD

## PROCEEDINGS:

☒ **Revocation of Supervised Release - Final Hearing.**
☒ Defendant found to be in violation of supervised release - written order filed

## ORDERED:

☒ Defendant released on same terms and conditions of supervised release.
☒ Supervised Release continued for a term of original expiration with additional condition of 60 days electronic monitoring and all other conditions that were in place during supervised release will stay in place.

s/Susan Schempf
Judicial Assistant