**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

Crim. File No. 00-168 (MJD/JGL)

(1) MARVIN RAY HANSON, JR.,

Defendant.

---

In accordance with the Court's oral sentencing on December 19, 2007, **IT IS HEREBY ORDERED**:

Defendant Marvin Ray Hanson, Jr. is continued on supervised release, with all terms and conditions to remain the same including submitting to drug testing such as urinalysis and sweat patch tests and to any substance abuse program approved by the probation officer, except that the following condition is also imposed:

Defendant shall participate for a period 60 days in a home detention program which may include electronic monitoring. The Court waives any requirement that Defendant pay for the monitoring.

Dated: December 28, 2007

s / Michael J. Davis
Judge Michael J. Davis
United States District Court