PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
08 JAN 31 AM 10: 52
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Marvin Ray Hanson Jr.**

**Docket No. 0:00CR00168-001(MJD)**

**Petition on Supervised Release**

COMES NOW **Dennis E. Bresnahan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Marvin Ray Hanson Jr.** who was sentenced for Aiding and Abetting the Manufacture of Marijuana on March 22, 2001, by the Honorable Michael J. Davis, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug treatment
- Substance abuse testing
- Alcohol treatment

November 15, 2006: Modification to include 24 hours of community service for drug use, amphetamine.

On October 31, 2007, and November 1, 2007, the Court held an evidentiary hearing regarding the reliability of the sweat patch as it pertained to the defendant's positive results on April 5, 2007, and April 27, 2007. The Court found by a preponderance of the evidence that the defendant violated his supervised release as alleged in the Petition. The defendant was ordered to participate for a period of 60 days in a home detention program which may include electronic monitoring.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not illegally possess a controlled substance.

On December 27, 2007, the defendant provided a sweat patch for testing, and the results indicated a presence of amphetamine. On January 3, 2008, the defendant provided a sweat patch for testing, and the results indicated a presence of amphetamine.

SCANNED
JAN 31 2008
U.S. DISTRICT COURT MPLS

USM Sum Issue - 1/31
cc: AUSA, PD Prob, 8E

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 29 day of January, 2008, and ordered filed and made a part of the records in the above case.

Honorable Michael J. Davis
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Dennis E. Bresnahan
U.S. Probation Officer
Telephone: 651-848-1241

Executed on January 23, 2008
Place St. Paul

Approved:

Diane M. Levendusky
Supervising U.S. Probation Officer