UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARVIN RAY HANSON, JR.,

Defendant.

Criminal No. 00-168 MJD

ORDER

---

The Initial Appearance in the above captioned matter currently scheduled for February 15, 2008, at 1:30 p.m., in Courtroom 8E, 300 South Fourth Street, Minneapolis, Minnesota, before the undersigned Magistrate Judge has been **changed to February 15, 2008 at 2:30 p.m.**

Dated: February 13, 2008

s/ Arthur J. Boylan
Arthur J. Boylan
United States Magistrate Judge