**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Arthur J. Boylan |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR 00-168 MJD |
| | ) | Date: February 15, 2008 |
| Marvin Ray Hanson, Jr., | ) | Court Reporter: None |
| | ) | Tape Number: #193 661-1066 |
| Defendant. | ) | Time Commenced: 2:50 p.m. |
| | | Time Concluded: 2:55 p.m. |
| | | Time in Court: 5 Minutes |

## APPEARANCES:

**Plaintiff:** Nate Petterson
Assistant U.S. Attorney
**Defendant:** Doug Olson
☒ FPD ☐ CJA ☐ Retained ☒ To be appointed

Interpreter: None Language: English

Date Charges Filed: January 29, 2008 Offense: Positive sweat patches

☐ Charges read into record ☒ Waived Reading of Charges ☒ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of: ☐ Pre-trial Release ☒ Supervised Release

☒ Defendant released on same conditions.

Next appearance date is February 28, 2008 at 1:30 p.m. before U.S. Judge Michael J. Davis for:

☐ detention hrg ☐ preliminary hrg ☐ arraignment ☐ removal hrg ☒ Final revocation

Additional Information:

**Final Revocation Date: February 28, 2008 at 1:30 p.m. before Judge Davis.**

s/Joan Flood
Criminal Duty Clerk