AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

## SUMMONS IN A CRIMINAL CASE

v.

Case Number: CR 00-168 (1) MJD

Marvin Ray Hanson, Jr.

RECEIVED
FEB 08 2008
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place: **Courtroom 8E**
**U.S. Courthouse**
**300 South Fourth Street**
**Minneapolis, MN 55415**

Before: **Magistrate Judge Arthur J. Boylan**

On: **02/15/2008 at 1:30 p.m.**

To answer a(n) Order of the Court.

2008 JAN 31 P 3: 39

Brief description of offense:

Violation of Supervised Release

Lori Sampson

Lori Sampson, Deputy Clerk

Dated: January 31, 2008

SCANNED
FEB 26 2008
U.S. DISTRICT COURT ST. PAUL

AO 83 (Rev. 12/85) Summons In A Criminal Case

## RETURN OF SERVICE

Service was made by me: [1] Nancy Schmidt Date: 2/6/08

Check one of the boxes below to indicate appropriate method of service

☒ Service personally upon the defendant at: USMS Office – Mpls MN

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: ______________________

☐ Returned unexecuted: ______________________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 2/6/08
Date

Ben Kates (Acting)
Name of United States Marshal

N Schmidt
(by) ~~Deputy United States Marshal~~

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure