**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

**ORDER**
Crim. File No. 00-168 (MJD/JGL)

(1) MARVIN RAY HANSON, JR.,

Defendant.

---

In accordance with the Court's oral sentencing on February 28, 2008, **IT IS HEREBY ORDERED**:

Defendant Marvin Ray Hanson, Jr. is continued on supervised release, with all terms and conditions to remain the same, except that the following condition is also imposed:

1. Defendant shall participate for a period 90 days in a home detention program which may include electronic monitoring. This period is in addition to the previous 60 days of home detention. The Court waives any requirement that Defendant pay for the monitoring.

2. During the 90 days of home detention, Defendant shall submit to urinalysis testing three times per week.

3. During the 90 days of home detention, Defendant shall not be subject to sweat patch testing.

4. After the conclusion of Defendant's 90 days of home detention, he will continue on the remainder of his supervised release subject to sweat patch testing and urinalysis testing, as deemed appropriate by the Probation Office.

Dated: February 28, 2008

s / Michael J. Davis
Judge Michael J. Davis
United States District Court