**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FINAL REVOCATION HEARING

UNITED STATES OF AMERICA, )
)
Plaintiff, )
v. )
)
Marvin Ray Hanson, Jr. (1), )
)
Defendant. )
)

## COURT MINUTES - CRIMINAL

BEFORE: Michael J. Davis
U.S. District Judge

| | |
|---|---|
| Case No: | 00-cr-168 (1) (MJD/JGL) |
| Date: | February 28, 2008 |
| Court Reporter: | Ron Moen |
| Time Commenced: | 1:30 p.m. |
| Time Concluded: | 2:45 p.m. |
| Time in Court: | 1 hour and 15 minutes |

## APPEARANCES:

Plaintiff: Chris Wolfe, Assistant U.S. Attorney
Defendant: Reggie Aligada, Assistant Federal Defender

## PROCEEDINGS:

☒ Contested Hearing for Revocation of Supervised Release - Final Hearing.
☒ Government Witness: Dennis Bresnahan
☒ Defendant Witnesses: Sunnie Bergh and Marvin Hanson
☒ Defendant found to be in violation of supervised release - written order to be filed.
☒ Exhibits retained by the Court.

## ORDERED:

☒ The defendant is sentenced to continue supervised release with additional modifications to include 90 days home detention with electronic monitoring and uranalysis tests 3 times a week during the home detention period.
☒ Defendant released on same terms and conditions of supervised release.
☒ Written order to be issued.

Date: February 28, 2008

s/KW
Calendar Clerk to Judge Michael J. Davis